472 P.2d 383

**STATE of New Mexico, Respondent,**

v.

**Jerry SEGURA, Petitioner.**

**No. 9080.**

Supreme Court of New Mexico.

July 2, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 453, 81 N.M. 673, 472 P.2d 387, be and the same is hereby returned to the Clerk of the Court of Appeals.

472 P.2d 383

**William Howard ZARAFONETIS, a/k/a Bill Zee, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9081.**

Supreme Court of New Mexico.

July 2, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 412, 81 N.M. 674, 472 P.2d 388, be and the same is hereby returned to the Clerk of the Court of Appeals.

472 P.2d 383

**Joanne McADAMS, Petitioner,**

v.

**FIRST JUDICIAL DISTRICT COURT OF SANTA FE COUNTY, Respondent.**

**No. 9085.**

Supreme Court of New Mexico.

July 8, 1970.

COMPTON, Chief Justice, and TACKETT, SISK and McKENNA, Justice, concurring. WATSON, Justice, not participating.

Ordered that petition be and the same is hereby denied.

472 P.2d 383

**STATE of New Mexico, ex rel. Lee TRIMBLE, Petitioner,**

v.

**John B. McMANUS, Jr., District Judge, Respondent.**

**No. 9068.**

Supreme Court of New Mexico.

July 9, 1970.

WATSON, SISK and McKENNA, Justices, concurring. COMPTON, Chief Justice, and TACKETT, Justice, dissenting.

Ordered that the writ of mandamus heretofore issued by this Court on June 10, 1970, be and the same is hereby made permanent, with directions to the respondent to determine the merits of relator's motion and, on the merits, whether the relief requested should be granted.